DATE: August 3, 2021

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Richard Roosevelt Hill
   v. Commonwealth of Virginia
   Record No. 0562-20-4
   Opinion rendered by Judge Humphreys on
   May 18, 2021

2. Rakim Malik Nottingham
   v. Commonwealth of Virginia
   Record No. 0340-20-1
   Opinion rendered by Judge O'Brien on
   May 25, 2021

3. Blake Andrew Mitchell, Jr.
   v. Commonwealth of Virginia
   Record No. 1976-18-1
   Opinion rendered by Judge Russell on
   June 8, 2021

4. Michael Moreno, s/k/a, etc.
   v. Commonwealth of Virginia
   Record No. 1801-19-4
   Opinion rendered by Judge Athey on
   June 15, 2021

5. Moussa Moise Haba
   v. Commonwealth of Virginia
   Record No. 0256-20-4
   Opinion rendered by Chief Judge Decker on
   June 15, 2021

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Olmedo Alberto Pena Pinedo
    v. Commonwealth of Virginia
    Record No. 0515-19-3
    Opinion rendered by Judge Humphreys
      on May 5, 2020
    Judgment of Court of Appeals affirmed by opinion rendered on July 8, 2021
    (200748)

2. Endalkachew Merid
    v. Commonwealth of Virginia
    Record No. 1145-19-4
    Opinion rendered by Judge Petty
      on May 12, 2020
    Judgment of Court of Appeals affirmed by published order on July 1, 2021
    (200799)

3. William Howard Robinson
    v. Commonwealth of Virginia
    Record No. 0154-19-4
    Opinion rendered by Judge Humphreys
      on July 7, 2020
    Refused (200981)

4. Nicholas Lee Thomas
    v. Commonwealth of Virginia
    Record No. 0176-20-2
    Opinion rendered by Judge Humphreys
      on December 1, 2020
    Refused (201572)

On July 15, 2021 the Supreme Court issued an opinion in the following case, which had been appealed from this Court

1. Erin Marie Coster Evans
   v. James August Evans, Jr.
   Record No. 1666-19-3
   Memorandum opinion rendered by Judge AtLee on July 21, 2020
   Judgment of Court of Appeals affirmed by opinion rendered on July 15, 2021
   (201108)